## 58917. HARLEY v. THE STATE.

QUILLIAN, Presiding Judge.

Defendant appeals from his conviction of child molestation. His appellate counsel has moved to withdraw pursuant to Anders v. California, 386 U. S. 738 (87 SC 1396, 18 LE2d 493). *Held:*

We find the appeal is not frivolous and the motion to withdraw is denied. Our independent review of the record shows ample evidence to support the verdict and judgment and the absence of any reversible error.

*Judgment affirmed. Smith and Birdsong, JJ., concur.*

SUBMITTED NOVEMBER 20, 1979 — DECIDED JANUARY 10, 1980.

*Thomas L. Kirbo, III,* for appellant.
*H. Lamar Cole, District Attorney,* for appellee.